JS-6/STAYED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTA GUARNIERI,<br><br>Plaintiff,<br><br>vs.<br><br>SANOFI-AVENTIS U.S. LLC, et al.<br><br>Defendants. | Case No.: 8:23-cv-02060-JVS-JDE<br><br>Judge: Hon. James V. Selna<br><br>**ORDER [34]**<br><br>Case Transferred In: 11/01/23 |

Based on the parties' Notice of Pending Settlement and Request to Stay Proceedings, IT IS SO ORDERED.

The Clerk of the Court is directed to vacate all pending deadlines and stay this matter for six months, through and including December 21, 2024, at which time a joint status report informing this Court of the settlement status or a motion for appropriate relief shall be due.

IT IS SO ORDERED.

Dated: June 24, 2024      By: _____

Hon. James V. Selna.

United States District Judge

ORDER REGARDING PENDING SETTLEMENT AND REQUEST TO STAY PROCESSDING
CASE NO.: 8:23-CV-02060-JVS-JDE