1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTA GUARNIERI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SANOFI US SERVICES INC. et al.,<br><br>　　　　Defendants. | Case No. 8:23-cv-02060-JVS-JDE<br><br>Assigned to: Hon. James V. Selna<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITHOUT PREJUDICE [36]** |

## ORDER

The Court, having reviewed the parties' Stipulation of Dismissal Without Prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and good cause appearing, hereby GRANTS the stipulation and ORDERS as follows:

The above action is dismissed in its entirety without prejudice. The Court shall retain jurisdiction to enforce the settlement between the Parties pursuant to California Code of Civil Procedure § 664.6.

**IT IS SO ORDERED.**

Dated: January 14, 2025

_____
Honorable James V. Selna
United States District Judge